# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

THEODORE MCCLAIN

   Plaintiff,

v.

DALEN PATRICK HANNA
HANNA LAW, PLLC and HANNA, LLP

   Defendant.

CASE: 2:19-CV-10700
JUDGE: HON. TERRENCE G. BERG

## OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Dalen Patrick Hanna, Hanna Law, PLLC, and Hanna, LLP hereby offer to allow Judgment to be entered against them and in favor of Plaintiff Theodore McClain in the following amounts, as to all counts of Plaintiff's complaint:

a) Actual damages in the total amount of $600.00;
b) Statutory damages in the total amount of $1,501.00;
c) Plaintiff's costs accrued to-date, and
d) Plaintiff's reasonable attorney fees as determined by the Court.

HANNA LAW, PLLC

*/s/ Dalen Patrick Hanna*
Dalen P. Hanna 1044755 (DC) P81533 (MI)
Attorney for Defendants & In Pro Per
33717 Woodward Avenue, Suite 560
Birmingham, Michigan 48009
dh@hannallp.com
(248) 209-6486 Telephone
(202) 478-5005 Facsimile

March 15, 2019