UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **THEODORE McCLAIN**, <br><br> Plaintiff, <br><br> v. <br><br> **DALEN PATRICK HANNA, HANNA LAW PLLC, HANNA LLP**, <br><br> Defendants. | 2:19-cv-10700 <br><br> HON. TERRENCE G. BERG <br><br><br> **JUDGMENT** |

In accordance with an opinion and order issued this same date, it is hereby **ORDERED** that Plaintiff's individual claims are dismissed with prejudice consistent with Rule 68 of the Federal Rules of Civil Procedure. It is further **ORDERED** that Plaintiff's class action claims are **DISMISSED** without prejudice as moot.

Dated at Detroit, Michigan:  May 31, 2019

DAVID J. WEAVER
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

## Certificate of Service

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on May 31, 2019.

s/A. Chubb
Case Manager