UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **THEODORE McCLAIN**, <br><br> Plaintiff, <br><br> v. <br><br> **DALEN PATRICK HANNA, HANNA LAW PLLC, HANNA LLP**, <br><br> Defendants. | 2:19-cv-10700 <br><br> HON. TERRENCE G. BERG <br><br> **AMENDED JUDGMENT AS TO PLAINTIFF THEODORE McCLAIN** |

Pursuant to the terms of the accepted Rule 68 Offer of Judgment (ECF No. 14-2), Judgment in this matter is entered for Plaintiff Theodore McClain as to all counts in Plaintiff's complaint, and against Defendants Dalen Patrick Hanna, Hanna Law, PLLC, and Hanna, LLP for:

(a) Actual damages in the total amount of $600.00;

(b) Statutory damages in the total amount of $1,501.00;

(c) Plaintiff's costs accrued to-date; and

(d) Plaintiff's reasonable attorney's fees, to be determined by the Court upon review of briefing from counsel outlining the legal and factual basis for the requested amount of fees or, in the alternative, a joint stipulation by the parties as to the amount of attorney's fees.

2

Dated at Detroit, Michigan: June 7, 2019

                              DAVID J. WEAVER
                              CLERK OF THE COURT

                              s/A. Chubb
                              Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE